**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HOWARD RICHARD STAUFFER,

                      Plaintiff,

-against-　　　　　　　　　　　　　　24 **CIVIL** 5698 (KMW)

**JUDGMENT**

DONALD J. TRUMP,

                      Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 2, 2025, Plaintiff's amended complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

      July 8, 2025

                                                            **TAMMI M. HELLWIG**

                                                               **Clerk of Court**

                              **BY:**

                                                               **Deputy Clerk**